# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Paul Purdy, as Personal Representative of Mary K. Purdy, deceased, and Paul Purdy, individually, | ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| Soo Line Railroad Company, d/b/a C.P. Rail System, a corporation, | ) ) ) | Case No.: 4:08-cv-064 |
| Defendant. | ) | |

Before the court is Defendant's motion for attorney Kevin M. Decker to appear *pro hac vice* on its behalf. In accordance with Local Rule 79.1(D), Mr. Decker has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the Clerk. Accordingly, the Defendant's motion (Docket No. 4) is **GRANTED**. Attorney Kevin M. Decker is admitted to practice before this court in this matter on Defendant's behalf.

**IT IS SO ORDERED.**

Dated this 22nd day of July, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge