**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Paul Purdy, as Personal Representative of Mary K. Purdy, deceased, and Paul Purdy, individually, | ) ) ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Soo Line Railroad Company, d/b/a C.P. Rail System, a corporation, | ) ) ) | Case No. 4:08-cv-064 |
| Defendant. | ) | |

___

Before the Court is a "Stipulation For Dismissal With Prejudice" filed on November 14, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 11) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 17th day of November, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court